PETITION OF CHARLES CLIFFORD ANDERSON.

No. 11703.
Decided July 16, 1969.
456 P.2d 845.

PER CURIAM.

The above-named applies to this Court for an Order setting the amount of appeal bond.

Petitioner is represented by counsel and this Court declines to accept pro se applications in such circumstances. However, even if this were not so we would not be inclined to grant the request.